United States Court of Appeals,

Eleventh Circuit.

No. 94-4878.

Beth Ann FARAGHER;  Nancy Ewanchew, Plaintiffs-Appellants, Cross-Appellees,

v.

CITY OF BOCA RATON, a political subdivision of the State of Florida, Defendant-Appellee, Cross-Appellant,

Bill Terry;  David Silverman, Defendants-Appellees.

Feb. 4, 1999.

Appeal from the United States District Court for the Southern District of Florida (No. 92-8010-CIV-SH); Shelby Highsmith, Judge.

Before, HATCHETT, Chief Judge, TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges, and KRAVITCH, Senior Circuit Judge.

BY THE COURT:

The judgment of the district court is hereby REINSTATED and AFFIRMED.